IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

Dallas Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) ) v. ) ) KIMBERLY-CLARK CORPORATION, ) ) ) Defendant. ) ) ) ) | 3-25CR-399 N<br>____-CR-____ (____)<br><br><br>Count 1: 21 U.S.C. § 331(a),<br>        21 U.S.C. § 333(a)(2) |

**CRIMINAL INFORMATION**
(Introduction of Adulterated Surgical Gowns in Interstate Commerce
With Intent to Defraud and Mislead)
21 U.S.C. §§ 331(a), 333(a)(2)

The United States of America charges:

1. From on or about October 1, 2013, through on or about October 31, 2014, in the Northern District of Texas and elsewhere, the Defendant,

KIMBERLY-CLARK CORPORATION,

with the intent to defraud and mislead, introduced and caused the introduction into interstate commerce medical devices, namely MicroCool surgical gowns, that were adulterated within the meaning of Title 21, United States Code, Section 351(f)(1)(B), in that Kimberly-Clark Corporation

1

sold the gowns without a required 510(k) submission that was cleared by the Food and Drug Administration.

All in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2).

LISA K. HSIAO
Acting Director
Consumer Protection Branch
Civil Division
United States Department of Justice

By: *Amanda K. Kelly*
Amanda Kelly, Trial Attorney
Illinois Bar No. 9289325
Amanda.K.Kelly@usdoj.gov
Max J. Goldman, Trial Attorney
New York Bar No. 5304597
Max.J.Goldman@usdoj.gov
David L. Gunn, Senior Trial Attorney
D.C. Bar No. 488761
David.L.Gunn@usdoj.gov
Consumer Protection Branch
Civil Division
United States Department of Justice
450 Fifth Street, NW
Washington, D.C. 20530
202-532-4442

LORINDA LARYEA
Acting Chief
Fraud Section
Criminal Division
United States Department of Justice

By: *Jacob Foster / AKK*
Jacob Foster
California Bar No. 250785
Jacob.Foster@usdoj.gov
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
202-615-6521

2